IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SEGUNDO JUAN PINTO MUNCHA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-1178-KC |
| | § | |
| TODD M. LYONS et al., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

On this day, the Court considered the case.  On May 4, 2026, the Court granted in part Pinto Muncha's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  May 4, 2026, Order 3, ECF No. 4. Respondents have now informed the Court that an IJ granted Pinto Muncha an $8,000 bond.  Status Report, ECF No. 5.

It appears that there are no remaining matters to be resolved in this case.  *See generally* Pet., ECF No. 1; May 4, 2026, Order.  Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 13th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE